No. 64878.—Hedaya Importing Co., Inc., and Shalom & Co., protests 60/17363 and 60/17369 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of ornamented articles, not wearing apparel, in part of machine-made lace, similar in all material respects to those the subject of Abstract 59733, the claim of the plaintiffs was sustained.